IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02456-RPM

JOHN'S LONE STAR DISTRIBUTION, INC.,

    Plaintiff,

v.

MUSCLEPHARM CORPORATION,

    Defendant.
_____

ORDER VACATING ORDER SETTING SCHEDULING/PLANNING CONFERENCE
_____

This case was reassigned to this Court on September 9, 1014.  Upon review of the file and pursuant to this Court's case management procedures, it is

ORDERED that the Order Setting Scheduling/Planning Conference entered by Magistrate Judge Michael J. Watanabe on September 4, 2014, the November 6, 2014, scheduling/planning conference, and all current deadlines are vacated.

Dated: September 10th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge