IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02456-RPM

JOHN'S LONE STAR DISTRIBUTION, INC.,

    Plaintiff,

v.

MUSCLEPHARM CORPORATION,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal without Prejudice [23] filed October 29, 2014, it is

    ORDERED that this all claims and counterclaims are dismissed without prejudice, each party to bear their own costs, attorneys' fees, and expenses.

    Dated: October 30th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge